# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| Anthony Rodriguez,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>American InterContinental University; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:14-cv-00164-CBM (JCx)<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Honorable Consuelo B. Marshall |

Based on the Stipulation of counsel, filed concurrently herewith, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:　December 15, 2014

_____
CONSUELO B. MARSHALL
United States District Judge

---

Order of Dismissal　　　　　　　　　1　　　　　　　　Case No.: 5-cv-14-0164-CBM (JCx)